UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALISHA BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-1647-DFH-WTL |
| ) | |
| BARTHOLOMEW COUNTY DEPARTMENT ) | |
| OF CHILD SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ON MOTIONS TO DISMISS

Defendants Johnson County Commissioners, Bartholomew County Commissioners, and the Johnson County Prosecutor have all moved to dismiss all claims against them for failure to state a claim upon which relief can be granted. (Docket Nos. 16, 19, and 21.) The time to respond to those motions has passed without response from plaintiff. The court has examined the motions and finds that each should be granted for the reasons stated in the supporting briefs. In addition, it appears that the problems identified could not be cured by re-pleading, so the dismissal of these defendants shall be with prejudice.

Accordingly, the motions to dismiss filed by defendants Johnson County Commissioners, Bartholomew County Commissioners, and the Johnson County Prosecutor are hereby GRANTED, and all claims against these defendants are

-2-

hereby DISMISSED WITH PREJUDICE. The court will not enter a separate partial final judgment as to these defendants.

So ordered.

Date: May 15, 2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

William W. Barrett
WILLIAMS HEWITT BARRETT & WILKOWSKI LLP
wbarrett@whbwlaw.com

Douglas Alan Hoffman
CARSON BOXBERGER
hoffman@carsonboxberger.com

William Henry Kuntz
kuntzlaw@yahoo.com

Michael Roy Morow
STEPHENSON MOROW & SEMLER
mmorow@stephlaw.com

Daniel J. Paul
WILLIAMS HEWITT BARRETT & WILKOWSKI LLP
dpaul@whbwlaw.com

Juliana B. Pierce
INDIANA STATE ATTORNEY GENERAL
Julie.Pierce@atg.in.gov

Ronald J. Semler
STEPHENSON MOROW & SEMLER
rsemler@stephlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Cory Christian Voight
INDIANA STATE ATTORNEY GENERAL
cory.voight@atg.in.gov